**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA

2012 NOV 27  PM 3: 20

## PRO SE CIVIL COMPLAINT

Case No. *4:12 CV 3234*

(the court will assign a number)

### I.   CASE CAPTION:   Parties to this Civil Action:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption.
The court will **not** consider a claim against any defendant who is not listed in the caption.

| A. | Plaintiff(s) Name(s): | Address(es): | Telephone No. (only if you are NOT a prisoner) |
|---|---|---|---|

TROY L. JONES   4820 SHERMAN  LINCOLN, NE
68506, Victim

| B. | Defendant(s) Name(s): | | Address(es) If known: |
|---|---|---|---|

MARY L. HESSER, 300 WIST,  CORTLAND NE
68331.

LAURA TAGUE, STATE FARM claims
P.O. BOX 52273, PHOENIX, AZ 85072-2273
Phone # (800) 889-7144 - EXT. 5975557
STATE FARM. CLAIM REPRESENTATIVE
STATE FARM et al..,

(Attach extra sheets if necessary.)

Page 1 of 6

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

**A.** **When** did the events occur?

The alleged incident occurred approximately 16:54 p.m. on August-23-2012. I was Traveling Eastbound on Normal Blvd South 40th.

**B.** **What** happened?

plaintiff Mr. Jones. was driving eastbound on 40th & Normal Blvd. Approaching The intersection At Approximately 30 m.p.h. staying in my line. The Light was green I Noticed A Vehicle coming westbound At AN extreemly Recklessly Fast speed The Vehicle. was driven by The defendant, Mary L. Hesser in very Negligent manner, She was not exercising Resonable care Defendant's Failure To use Resonable care, The defendant Negligently operated The Vehicle By crashing into plaintiff

## II. STATEMENT OF CLAIM(S) (continued)

CAR CAUSING PERMANENT INJURIES That WAS SUSTAINED. The defendant WAS given A TRAFFIC TICKET by THE Lincoln police department. THE defendant's NEGLIGENCE WAS A proximats CAUSED TO the plaintiff's SUSTAINED INJURIES. That will LAST A LONG, LONG TIME EVEN AFTER A settlement is made. The defendant LAURA TAGUE A claim RESPENSENTATIVE FOR State FARM ISSURANCE. Admitted TO THE plaintiff's INJURIES, But disputed THE EXTENT OF his INJURIES. That is 200,000.00 00 INJUReY. ALL Exhibits ARE ATTACHED HERETO.

### III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

__X__ United States or a federal official or agency is a party

__X__ Claim arises under the Constitution, laws or treaties of the United States

__X__ Violation of civil rights

_____ Employment discrimination

__X__ Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

_____ Other basis for jurisdiction in federal court (explain below)

Comes NOW the plaintiff TROY JONES PRoSE. And this COURT hAS JURisdiction. State FARM is Located IN WEST CENTERAL ACC P.O. Box 52273. PhoeNix. AZ 85072-9708 IN The Above EN-htled Cause of Action

### IV.   STATEMENT OF VENUE

State briefly the connection between this case and Nebraska. For example, does a party reside or do business in Nebraska? Is a party incorporated in Nebraska? Did an injury occur in Nebraska? Did the claim arise in Nebraska?

DEFENDANT LAURA TAGUE AGENT is employed And RESIDE IN NEBRASKA. state FARM ClAims P.O. Box 52273 RESIDES IN PhoeNix AZ. 85072-2273. The settlement payments will be issued From.

Page 4 of 6

## V.   RELIEF

State briefly what you want the court to do for you.

plaintiffe wants the defendants
TO pay him FoR the sustained injuries
The amount of 200,000.00, deem
Just and equitible,

## VI.   EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures.  Answer the questions
below to the best of your ability.

A.   Have the claims which you make in this civil action been presented through any type of
administrative procedure within any state or federal government agency?

Yes ___✓___        No _____

B.   If you answered yes, state the date your claims were so presented, how they were presented,
and the result of that procedure:

SEE  EX. 001

C.   If you answered no, give the reasons, if applicable, why the claims made in this action have
not been presented through administrative procedures:

SEE. EX 001   EX. 002.  EX 003
EX. 004 . EX. 005

Page 5 of 6

**VII.  ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE?  (check one):**

JURY    ☒                    JUDGE _____

**VIII.  VERIFICATION**

I (we) declare under penalty of perjury that the foregoing is true and correct.

Date(s) Executed:                    Signature(s) of Plaintiff(s):  _Jusy Jones_

11-27-12

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE FILING OF
YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO
PROCEED IN FORMA PAUPERIS.  Also, if there is more than one plaintiff in the case who
wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to
proceed in forma pauperis.**

EX 001

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*　　　　　　　　　　**StateFarm**™

October 01, 2012

Troy Jones　　　　　　　　　　　　　State Farm Claims
4820 Sherman St　　　　　　　　　　PO Box 52273
Lincoln NE 68506-3960　　　　　　　 Phoenix AZ 85072-2273

This

2,000.00
20,000.00
200,000.00



RE:　Claim Number:　27-10X4-844
　　　Date of Loss:　　August 23, 2012
　　　Our Insured:　　 Mary L Hesser
　　　Claimant Name:　Troy Jones

Dear Mr. Jones:

Thank you for your cooperation in presenting your claim for damages sustained in the above referenced accident. We have had the opportunity to fully investigate this loss and have made a decision regarding liability.

In the state of Nebraska, the laws are such that a person's damages may be reduced by the amount of negligence that they contribute to an accident. We feel you were negligent for failure to take proper caution while entering an intersection on a yellow light, which resulted in a collision with our insured's vehicle.

For this reason, we are offering to pay for 80% of the damages you sustained to your vehicle as well as 80% of your injury claim.

If you feel you need to discuss our liability decision, please feel free to call. Thank you.

Sincerely,

Laura Tague
Laura Tague
Claim Representative
(800) 889-7144  Ext. 5975557
Fax:　(800) 423-0474

State Farm Mutual Automobile Insurance Company

Enclosure:　none

EX 005

 **State Farm™**

# Medical Provider/Employer Information

| Claim Number: |
|---|
| 27-10X4-844 |

| Name: |
|---|
| Troy Jones |

| Address: |
|---|
| 4820 Sherman St |

| City: | State: | ZIP Code: | Phone: |
|---|---|---|---|
| Lincoln | NE | 68506-3960 | 402-416-0011 |

| Ambulance? ☐ Yes ☐ No | Company Name: | | |
|---|---|---|---|

| Emergency Room? ☐ Yes ☐ No | X-Rays? ☐ Yes ☐ No | Hospital Admission? ☐ Yes ☐ No | Number of Days: |
|---|---|---|---|

| Name and Address of Hospital: |
|---|
| |

| Primary Care Physician: | Address and Phone Number: |
|---|---|
| THOMAS BAUER D.C. | |

| Physical Therapy? ☐ Yes ☐ No | Name of Facility: |
|---|---|

| Address and Phone Number: |
|---|
| |

| Chiropractic Care? ☒ Yes ☐ No | Name of Facility: |
|---|---|
| | SOUTH LINCOLN CHIROPRACTIC , LINCOLN, NE 68502 |

| Address and Phone Number: |
|---|
| 3201 PIONEERS BLVD. #32    402-484-8500 |

| Health Insurance Provider: | Policy Number: |
|---|---|

| Address (City, State, ZIP Code): | Phone Number: |
|---|---|

| Auto Insurance Carrier of Other Driver (if applicable): | Claim Number: |
|---|---|

| Address (City, State, ZIP Code): | Phone Number: |
|---|---|

| Medicare? ☐ Yes ☐ No | HIC #: | Medicaid? ☐ Yes ☐ No | DCN # |
|---|---|---|---|

| Name of Employer: | Phone Number: |
|---|---|

| Address (City, State, ZIP Code): | |
|---|---|

| Any time missed from work? ☐ Yes ☐ No | If yes, give dates and times: |
|---|---|

| Describe job title and duties: |
|---|
| |

*If there are additional providers you have seen or work comp involved, please add the information on the back of this form.*

08-2011



Ex002

 **StateFarm™**

# Medical Provider/Employer Information

| Claim Number: |
|---|
| 27-10X4-844 |

| Name: |
|---|
| Troy Jones |

| Address: |
|---|
| 4820 Sherman St |

| City: | State: | ZIP Code: | Phone: |
|---|---|---|---|
| Lincoln | NE | 68506-3960 | |

| Ambulance? ☐ Yes ☐ No | Company Name: |
|---|---|

| Emergency Room? ☐ Yes ☐ No | X-Rays? ☐ Yes ☐ No | Hospital Admission? ☐ Yes ☐ No | Number of Days: |
|---|---|---|---|

**Name and Address of Hospital:**

**Primary Care Physician:** | **Address and Phone Number:**

| Physical Therapy? ☐ Yes ☐ No | Name of Facility: |
|---|---|

**Address and Phone Number:**

| Chiropractic Care? ☐ Yes ☐ No | Name of Facility: |
|---|---|

**Address and Phone Number:**

| Health Insurance Provider: | Policy Number: |
|---|---|

| Address (City, State, ZIP Code): | Phone Number: |
|---|---|

| Auto Insurance Carrier of Other Driver (if applicable): | Claim Number: |
|---|---|

| Address (City, State, ZIP Code): | Phone Number: |
|---|---|

| Medicare? ☐ Yes ☐ No | HIC #: | Medicaid? ☐ Yes ☐ No | DCN # |
|---|---|---|---|

| Name of Employer: | Phone Number: |
|---|---|

**Address (City, State, ZIP Code):**

| Any time missed from work? ☐ Yes ☐ No | If yes, give dates and times: |
|---|---|

**Describe job title and duties:**

*If there are additional providers you have seen or work comp involved, please add the information on the back of this form.*

08-2011

 **StateFarm™**          **Authorization – Medical/Employment**

**Note: This authorization meets the core elements criteria set forth in the Health Insurance Portability and Accountability Act of 1996 (HIPAA) privacy rule, Section 164.508(c).**

Medical Provider:

Name of Injured Person: Troy Jones (hereinafter referred to as the "Injured Person")

Social Security Number of Injured Person: 587 23 0447 (needed to locate records)

Date of Birth of Injured Person: 1/3/62 (needed to locate records)

State Farm Claim Number: 27-10X4-844

I authorize:

(1) any medical, psychological, psychiatric, osteopathic or chiropractic physician, dentist, any other medical practitioner or healthcare provider, hospital, clinic, rehabilitation facility, nursing home, or any other healthcare facility to disclose information from the medical and healthcare records of the Injured Person. I understand that the specific type of information to be disclosed includes, but is not limited to, medical and healthcare records and any other information including any history, treatment records, diagnosis, prognosis, narrative reports, and billing records. This authorization also permits my medical providers to discuss in person, by telephone, electronically, or by mail, medical options, conclusions, treatment plans and other information; and

(2) any firm, employer, or insurance company to furnish information about the earnings, loss of earnings, work history, workers' compensation claim, and other medical information in its/their possession concerning the Injured Person, as well as, Event Data Recorder (EDR) information, photographs and other information about the physical damage to the vehicle(s) involved in the accident; and

(3) any educational organization to furnish the school records of the Injured Person to:

State Farm Mutual Automobile Insurance Company, its subsidiaries and affiliates, its claim associates, and legal representatives (hereinafter referred to collectively as "State Farm").

I authorize the use of the above information to permit State Farm to investigate, process, and determine the amount payable, if any, for all claims made under any State Farm property and casualty insurance policy that applies to the accident or occurrence on 8/23/2012. I understand as part of the claim handling process, State Farm may disclose medical or other information obtained by this authorization to physicians, dentists, other medical or healthcare providers or other professionals for their review and professional opinion. This information may also be released to other insurance companies for their use in connection with insurance transactions, or as required or permitted by law. Information obtained pursuant to this authorization may later be re-disclosed and may not be protected under the HIPAA privacy rule. I understand that I may refuse to authorize disclosure of all or some of the requested information, but that refusal may potentially cause a delay in processing, or result in the denial of, insurance benefits for the pending injury claim(s).

This authorization may be revoked at any time, except to the extent that State Farm has taken action in reliance on this authorization prior to notice of revocation. Such revocation must be in writing, dated, signed, and include the claim number referenced above. I understand that revocation of this authorization may potentially cause a delay in processing, or result in the denial of, insurance benefits for the pending injury claim(s).

**This authorization is valid for the duration of the claim referenced above, and a photocopy is as valid as the original. This authorization specifically applies to records made before, during, and after the date of signing this authorization for as long as the authorization is in effect.**

I have read the authorization and signed this document as a free and voluntary act for the purposes noted above. I understand that I may obtain a copy of this authorization upon written request submitted to State Farm.

Click here to enter text.

Date: 10 –17 –12

Signature of individual or personal representative

Description of personal representative's authority or relationship to patient

04-2011

EX 003.

# SOUTH LINCOLN CHIROPRACTIC
## INITIAL TREATMENT PLAN

Patient Name __Jones, TROY__

Date: __8-27-12__

Diagnosis:

Treating Catagorical DX __847.0  739.1  739.3  128.86__

Treating Subluxation DX __C 3- thru C7, T1, L5__

GOALS OF TREATMENT __To ATTAW MMI__

# RECOMMENDED TREATMENT PLAN (ESTIMATE)

Relief/ Therapeudic Phase :

__Daily__ visits every week for __1-2__ weeks.

__3__ visits every week for __3-4__ weeks.

Rehabilitative/Supportive Phase:     __Thons Re-evaluate__

_____ visits every week for _____ weeks.

_____ visits every week for _____ weeks.

## BE ADVISED NO MAINTENANCE CARE WILL BE PROVIDED

Additional Information: _____

Doctor's Signature _____ Date 8/27/12

# PHYSICAL, NEUROLOGICAL AND ORTHOPEDIC EXAM

Patient's Name __Jones, Troy__   No. __INEEAC__   Date __8-27-12__

| | L R |
|---|---|
| Triceps R. | |
| Biceps R. | |
| Radial R. | |
| Pupillary R. | |
| Tuning F. | |
| Fing. to Nose | |
| Froment's | |
| Form. Comp. | |
| Adson's | |
| Sh. Dep. | |

| | L R |
|---|---|
| Patellar | |
| Achilles | |
| Rombergs | |
| St. Leg Raiser | |
| Ilium High | |
| Sh. High | |
| L. Curve | |
| T. Curve | |
| C. Curve | |
| Adam's | |
| Toe In | |
| Toe Out | |

**Cerv. Motion**

| | N | Exam | Pain |
|---|---|---|---|
| Flexion | 65 | 28 | |
| Extension | 50 | 38 | |
| L. Rot. | 85 | 51 | |
| R. Rot. | 85 | 42 | |
| L. L. Flex | 40 | 22 | |
| R. L. Flex | 40 | 24 | |

w/ Dizzyness

**Dorso-Lumbar Motion**

| | N | Exam | |
|---|---|---|---|
| Flex. | 95 | 56 | |
| Ext. | 35 | 36 | |
| L. Rot. | 35 | 33 | |
| R. Rot. | 35 | 28 | |
| L. L. Flex. | 40 | 15 | Low Back Pain |
| R. L. Flex. | 40 | 36 | |

**Dynamometer**

| L | R |
|---|---|
| | |

B.P. ____
Pulse ____
Urine ____
Wt. ____
Ht. ____

1. Olfactory
2. Optic
3. 4. 6. Eye Mus.
5. Trigem.
7. Facial
8. Acoustic
9. Gagitaste
10. Swallow
11. Shrug
12. Tongue

**Leg & Arm Size**   L   R

| | L | R |
|---|---|---|
| Appar. Short | | |
| True Short | | |
| Thigh Mus. | | |
| Calf Mus. | | |
| Biceps Mus. | | |
| Forearm | | |
| Chest Expand | | |

**Lungs**
Percussion ____
Auscultation ____
**Abdomen**
Percussion ____
Palpation ____
Masses ____

Der. Hip
Eli Test
Goldwaith

Laseques
Braggards
Leg Raise
Leg Lower
F. Patrick
Soto Hall

**Remarks** Neck Pain & Low Back (R)
____ Pain,

Doctor's Signature

# SOUTH LINCOLN CHIROPRACTIC
# X-RAY REPORT

Patient Name _Jones Troy_ Age: _50_ Date _AUG 2 7 2012_

Reason for X-Ray _Auto Accident of 8/23/12_

Views Taken: Full Spine _2_ Cervical _5_ Thoracic _____ Lumbar _____
        X-Rays taken at:   SOUTH LINCOLN CHIROPRACTIC

PRIMARY FINDINGS:
Normal Study _____ No recent Fractures or Dislocations ✓
Soft Tissues Normal _____ No Active Organic Pathology ✓

MISCELLANEOUS FINDINGS:
Metallic Artifacts Present ✓ Phlebolithes Present _____ Abdominal Plaquing _____
Hemangioma _____ Osteoblastic Activity _____ Osteolytic Activity _____

OTHER FINDINGS: _____

DJD: SEEN AT THE:   ~~CERVICAL~~ – THORACIC – LUMBAR  REGIONS.
(MILD) MODERATE - ADVANCED AT LEVEL: _Cervical_
DJD: SEEN AT THE : CERVICAL - THORACIC - LUMBAR REGIONS.
(MILD) MODERATE - ADVANCED AT LEVEL: _Lumbar_

CURVES: CERVICAL - NORMAL _____ HYPO ✓ HYPER _____
        THORACIC- NORMAL _____ HYPO _____ HYPER _____
        LUMBAR - NORMAL _____ HYPO _____ HYPER _____
        PRIMARY CURVE – SECONDARY CURVE – TERTIARY CURVE
        LEG LENGTH _____ INSTABILITY: NONE ___ MILD _____ SEVERE _____
        GEORGES LINE: NORMAL _____ BROKEN AT: _____

SUBLUXATIONS AT: _C2 thr C7   T1 & (L5) L4_
IMPRESSIONS: 1. _Loss of the Cervical Curvature_
        3. _Multiple Spinal Subluxation_
RECOMMEND: _Assigned Thru Supp_ ORDER: MRI - CT - BONE SCAN - NUCLEAR STUDY

SIGNED _____ DATE: _AUG 2 7 2012_

# PHYSICAL, NEUROLOGICAL AND ORTHOPEDIC EXAM

Patient's Name __Jones Troy__   No. __Update__   Date __10/3/12__

| | L | R |
|---|---|---|
| Triceps R. | | |
| Biceps R. | | |
| Radial R. | | |
| Pupillary R. | | |
| Tuning F. | | |
| Fing. to Nose | | |
| Froment's | | |
| Form. Comp. | | |
| Adson's | | |
| Sh. Dep. | | |

| | L | R |
|---|---|---|
| Patellar | | |
| Achilles | | |
| Rombergs | | |
| St. Leg Raiser | | |
| Ilium High | | |
| Sh. High | | |
| L. Curve | | |
| T. Curve | | |
| C. Curve | | |
| Adam's | | |
| Toe In | | |
| Toe Out | | |

| Cerv. Motion | N | Exam | Pain |
|---|---|---|---|
| Flexion | 65 | 52 | |
| Extension | 50 | 70 | |
| L. Rot. | 85 | 71 | |
| R. Rot. | 85 | 67 | |
| L. L. Flex | 40 | 37 | |
| R. L. Flex | 40 | 44 | |

Very Slight Pain

| Dorso-Lumbar Motion | | | |
|---|---|---|---|
| Flex. | 95 | 69 | |
| Ext. | 35 | 38 | |
| L. Rot. | 35 | 37 | |
| R. Rot. | 35 | 34 | |
| L. L. Flex. | 40 | 40 | |
| R. L. Flex. | 40 | 41 | |

## Dynamometer

| L | R |
|---|---|
| | |
| | |

B.P. ____/____
Pulse _____
Urine _____
Wt. _____
Ht. _____

| | | |
|---|---|---|
| 1. Olfactory | | 8. Acoustic |
| 2. Optic | | 9. Gagitaste |
| 3. 4. 6. Eye Mus. | | 10. Swallow |
| 5. Trigem. | | 11. Shrug |
| 7. Facial | | 12. Tongue |

**Lungs**
Percussion _____
Auscultation _____

**Abdomen**
Percussion _____
Palpation _____
Masses _____

**Remarks** Pt. Making Excellent Progress.

| Leg & Arm Size | L | R |
|---|---|---|
| Appar. Short | | |
| True Short | | |
| Thigh Mus. | | |
| Calf Mus. | | |
| Biceps Mus. | | |
| Forearm | | |
| Chest Expand | | |

| | L | R |
|---|---|---|
| Der. Hip | | |
| Eli Test | | |
| Goldwaith | | |

| | L | R |
|---|---|---|
| Laseques | | |
| Braggards | | |
| Leg Raise | | |
| Leg Lower | | |
| F. Patrick | | |
| Soto Hall | | |

Slight

Doctor's Signature

# S0UTH LINCOLN CHIROPRACTIC
# UPDATE X-RAY REPORT

Patient Name _Jones Troy_ Age: 50 Date: 10/3/12

Reason for X-Ray _Auto Accident of 8/23/12._

Views Taken: Full Spine____ Cervical _4_ Thoracic____ Lumbar _2_
    X-Rays taken at:   SOUTH LINCOLN CHIROPRACTIC

PRIMARY FINDINGS:
Normal Study_____ No recent Fractures or Dislocations _✓_____
Soft Tissues Normal_____ No Active Organic Pathology _✓_____

MISCELLANEOUS FINDINGS:
Metallic Artifacts Present _✓_ Phlebolithes Present_____ Abdominal Plaquing_____
Hemangioma_____ Osteoblastic Activity_____ Osteolytic Activity_____

OTHER FINDINGS:_____

DJD: SEEN AT THE:  CERVICAL – THORACIC – LUMBAR  REGIONS.
MILD - MODERATE  - ADVANCED AT LEVEL:_____
DJD: SEEN AT THE :  CERVICAL - THORACIC - LUMBAR REGIONS.
MILD -MODERATE - ADVANCED AT LEVEL:_____

CURVES: CERVICAL - NORMAL___ HYPO _✓_ HYPER_____
       THORACIC- NORMAL___ HYPO_____ HYPER_____
       LUMBAR - NORMAL___ HYPO_____ HYPER_____
   PRIMARY CURVE – SECONDARY CURVE – TERTIARY CURVE
   LEG LENGTH _///6_ INSTABILITY: NONE___ MILD_____ SEVERE___
   GEORGES LINE: NORMAL_____ BROKEN AT:_____

SUBLUXATIONS AT: _C2 + L5_
IMPRESSIONS: 1. _Loss of Cervical Curve (But Improved_
       3. _© Multiple Subluxations_
RECOMMEND:_____ ORDER: MRI - CT - BONE SCAN - NUCLEAR STUDY

SIGNED_____ DATE: 10/3/12

# SOUTH LINCOLN CHIROPRACTIC
# UPDATE  TREATMENT PLAN

Patient Name _Jones TROY_

Date: _10 - 3 - 12_

Diagnosis:

Treating Catagorical DX ___739.1___ ___739.3___

Treating Subluxation DX ___C3___ ___L5___

GOALS OF TREATMENT _To ATTAN MMI_

## RECOMMENDED TREATMENT PLAN (ESTIMATE)

Relief/ Therapeudic Phase :

___1___ visits every week for ___2-3___ weeks.

_____ visits every week for _____ weeks.

Rehabilitative/Supportive Phase:

_____ visits every week for _____ weeks.

_____ visits every week for _____ weeks.

## BE ADVISED NO MAINTENANCE CARE WILL BE PROVIDED

Additional Information: _____

_____

Doctor's Signature _____ Date _10/3/12_

 **StateFarm™**

# Medical Provider/Employer Information

| Claim Number: |
| --- |
| 27-10X4-844 |

| Name: |
| --- |
| Troy Jones |

| Address: |
| --- |
| 4820 Sherman St |

| City: | State: | ZIP Code: | Phone: |
| --- | --- | --- | --- |
| Lincoln | NE | 68506-3960 | 402-416-0011 |

| Ambulance? | Company Name: |
| --- | --- |
| ☐ Yes ☐ No | |

| Emergency Room? | X-Rays? | Hospital Admission? | Number of Days: |
| --- | --- | --- | --- |
| ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | |

| Name and Address of Hospital: |
| --- |
| |

| Primary Care Physician: | Address and Phone Number: |
| --- | --- |
| THOMAS BAUER D.C. | |

| Physical Therapy? | Name of Facility: |
| --- | --- |
| ☐ Yes ☐ No | |

| Address and Phone Number: |
| --- |
| |

| Chiropractic Care? | Name of Facility: |
| --- | --- |
| ☒ Yes ☐ No | SOUTH LINCOLN CHIROPRACTIC    LINCOLN, NE 68502 |

| Address and Phone Number: |
| --- |
| 3201 PIONEERS BLVD. #32          402-484-8500 |

| Health Insurance Provider: | Policy Number: |
| --- | --- |
| | |

| Address (City, State, ZIP Code): | Phone Number: |
| --- | --- |
| | |

| Auto Insurance Carrier of Other Driver (if applicable): | Claim Number: |
| --- | --- |
| | |

| Address (City, State, ZIP Code): | Phone Number: |
| --- | --- |
| | |

| Medicare? | HIC #: | Medicaid? | DCN # |
| --- | --- | --- | --- |
| ☐ Yes ☐ No | | ☐ Yes ☐ No | |

| Name of Employer: | Phone Number: |
| --- | --- |
| | |

| Address (City, State, ZIP Code): |
| --- |
| |

| Any time missed from work? | If yes, give dates and times: |
| --- | --- |
| ☐ Yes ☐ No | |

| Describe job title and duties: |
| --- |
| |

*If there are additional providers you have seen or work comp involved, please add the information on the back of this form.*

08-2011

# SOUTH LINCOLN CHIROPRACTIC

# PATIENT PAIN- INJURY- SENSATION FORM

Name (Please Print) ___Troy Jones___ Date AUG 2 7 2012

Age: ___50___ Date of Birth: ___1-3-62___ Occupation: _____

How long have you had the pain? ___ Years ___ Months _days_ No

Is this your first episode? _X_ Yes ___ No

## Use the letters below to indicate the type and location of your sensations right now

A=ACHE                    B=BURNING                    N=NUMBNESS
P=PINS & NEEDLES          S=STABBING                   O=OTHER

PERSONAL INJURY REPORT

Name _Troy James_   Date _AUG 27 2012_

Date of Accident _Aug 23, 2012_ Time ___ am _4:54_ pm Location of Accident _____
_40th & Normal_

Describe how the accident occurred _Car turned in front of me_
_in the intersection._

Were You:  (X) Driver    ( ) Passenger    ( ) Pedestrian

Were you struck from:   ( ) Behind  ( ) Right Side  ( ) Left Side  (X) Front  ( ) Parked

Did your car strike the others involved:   ( ) Yes   (X) No   ( ) Undetermined

Was a traffic citation issued to :   ( ) You   (X) Other Driver   ( ) Both   ( ) No One

*********************************************************************************

CHECK THE SYMPTOMS YOU HAVE NOTICED SINCE THE ACCIDENT

| | | | |
|---|---|---|---|
| (X) Headaches | (X) Sleeping Problems | ( ) Lights Bother Eyes | ( ) Diarrhea |
| (X) Neck Pain | (X) Head Too Heavy | ( ) Loss of Memory | ( ) Feet Cold |
| (X) Neck Stiff | (X) Pins & Needles in Arms | ( ) Ears Ring | ( ) Stomach Upset |
| ( ) Dizziness | ( ) Pins & Needles in Legs | ( ) Face Flushed | ( ) Constipation |
| (X) Back Pain | ( ) Numbness in Fingers | ( ) Buzzing in Ears | ( ) Cold Sweats |
| ( ) Nervousness | ( ) Numbness in Toes | ( ) Loss of Balance | ( ) Fever |
| (X) Tension | ( ) Shortness of Breath | ( ) Fainting | ( ) Hands Cold |
| ( ) Chest Pain | ( ) Depression | ( ) Loss of Smell | ( ) Other |
| ( ) Irritability | ( ) Fatigue | ( ) Loss of Taste | |

Did you require post-accident hospitalization?   ( ) Yes   ( ) No

   If Yes, Where _____

Have you lost any days of work? ( ) Yes  (X) No  If Yes, _____ through _____

INSURANCE INFORMATION

( )  Your Insurance Company _Farm Bureau_ Address _____

( ) Other Parties Name _Mary Hesser_ Address _____

( ) Other Parties Ins. Co. _State Farm Ins_ Address _____

   Have you been contacted by an insurance adjustor regarding this claim:  ( ) Yes  (X) No

( )  If Yes, name of adjustor _____ Company _____

   Do you have an attorney that has advised you in this case:  ( ) Yes  (X) No

( )  If Yes, name of attorney _____ Phone _____

PLEASE CHECK THE APPROPRIATE BOX(ES) INDICATING WHERE BILLS SHOULD BE SENT

_AUG 27 2012_  Signature _Troy James_

# CHIROPRACTIC CASE HISTORY

23b9
T6B

**CONFIDENTIAL PATIENT INFORMATION**          DATE AUG 2 7 2012

Name   Roy Jones          Social Security 5 7 2 3 0 4 4 7   Home Phone 402-416-0011

Address  4820 SHERMAN  City  Lincoln  State NC  Zip 68506

Age  50   Birth Date  1-3-62        Marital: M S W D  ,   How Many Children? _____

Occupation _____          Employer _____

Address _____          Office Phone _____

Name of Husband or Wife _____    Occupation _____

Employer _____          Address _____

Name of Nearest Relative _____    Address _____    Phone _____

Referred by  SELF

Is the condition due to injury or sickness arising out of employment?   No
Is the condition due to injury or sickness arising out of auto or other accident?  Yes
Days lost from work? _____  Date symptoms appeared or accident happened  0 _____

Have you ever had the same or a similar condition: Yes_____ No_____ If yes, when and describe _____
_____
_____

Date of last physical examination _____          **Are you pregnant?**
What operations have you had? _____          When? _____
Serious illnesses _____          When? _____

**Have you ever suffered from:**

| | | |
|---|---|---|
| 1. Dizziness: ___ | 6. Arthritis: ___ | 11. Digestive Disorders: ___ |
| 2. Backaches: ___ | 7. Headaches: ___ | 12. Nervousness: ___ |
| 3. Heart Trouble: ___ | 8. Numbness: ___ | 13. Sinus Trouble: ___ |
| 4. Diabetes: ___ | 9. Asthma: ___ | 14. Anemia: ___ |
| 5. Hernia: ___ | 10. Neuritis: ___ | 15. Rheumatic Fever: ___ |
| | | 16. Cancer: ___ |

Purpose of this appointment  Pain from Auto Accident of 8/23/12
Other doctors seen for this condition _____
Have you been treated for any health condition by a physician in the last year?  YES ( )  NO ( )
Describe _____
What medications or drugs are you taking? _____

I understand and agree that health and accident insurance policies are an arrangement between my insurance company and myself—not between my insurance company and this office. I authorize this chiropractic clinic to release any medical information and to complete any usual and customary reports and forms at no charge to assist in collecting from my insurance company.

If mine is a regular health insurance case, I agree to pay a percentage of services as they are rendered. However, I understand that I am ultimately responsible for payment in full at this office. I also understand that if I suspend or terminate my schedule of care as determined by my treating doctor, any fees for professional services will be immediately due and payable.

HEALTH INSURANCE: _____ YES ( ) _____ NO ( )  COMPANY _____
Patient's Signature _____          Date AUG 2 7 2012
Guardian's Signature Authorizing Care _____          Date _____

1. What is your major symptom? _Neck Pain c̄ Low Back pain_

2. If this is a reoccurrence, when was the first time you noticed this problem? _NO REOCCURRENCE, 1st time for these symptoms_
   How did it occur? _from this accident_

   Has it become worse recently? _Constant Pain_ If yes, when and how? _____

3. How frequent is the condition? _Constant Pain_

   How long does it last? _Constant Pain_

4. Are there any other conditions or symptoms you have that may be related to your major symptom? _No_

   Are there other unrelated health problems? _No_

5. If pain is involved, what type is it--sharp, dull, etc.? _Sharp Pain Upon Movement Dull Pain At Rest._

6. Is there anything you can do which seems to provide relief? _Over the counter meds help a little_

7. What things seem to make the problem worse? _bending, movement of hands from wrist_

8. Have you had any broken bones? _Yes_ If yes, please list them and give dates. _Leg 1977_

9. List any major accidents you have had other than those that might be mentioned above _2 yrs ago Auto Accident_

10. To your knowledge, have you had any diseases, major accidents, or injuries not indicated on this form either in the past or the present? _No_ If yes, please explain: _____

11. WOMEN ONLY: Are you pregnant or do you feel there is any possibility you might be pregnant? _N/A_

12. Remarks: _____



**SOUTH LINCOLN CHIROPRACTIC**
**THOMAS G. BAUER, D.C.**
3201 Pioneers Blvd., Suite 32
Lincoln, NE 68502

Telephone: (402) 484-8500

# SOUTH LINCOLN CHIROPRACTIC

# Dr. Thomas G. Bauer

# PAYMENT INFORMATION

# TAX I.D. NUMBER

# 47-0629952

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NPI # 1740376359

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Patient Ledger

## SOUTH LINCOLN CHIROPRACTIC

## SOUTH LINCOLN CHIROPRACTIC

**TROY JONES (2369)**

Responsible: Self   Home: (402) 416-0011
Primary: FARM BUREAU (FARMB0001)   ID: 9000183596

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26898 | 08/27/2012 | 0002 | 72010 | AP/LAT FULL SPINE X-RAY | $200.00 | $0.00 | $200.00 |
| 26898 | 08/27/2012 | 0002 | 99203 | INITIAL EXAMINATION | $85.00 | $0.00 | $285.00 |
| 26898 | 08/27/2012 | 0002 | 72052 | SHORT DAVIS SERIES | $175.00 | $0.00 | $460.00 |
| 26898 | 08/27/2012 | 0002 | E0230 | ICE CAP OR COLLAR - (MIC | $30.00 | $0.00 | $490.00 |
| 26898 | 08/27/2012 | 0002 | A9150 | BioFreeze | $18.00 | $0.00 | $508.00 |
| 26898 | 08/27/2012 | 0002 | 98941 | SPINAL ADJUSTMENT/3-4 | $50.00 | $0.00 | $558.00 |
| 26898 | 08/27/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | $25.00 | $0.00 | $583.00 |
| 26898 | 08/27/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | $25.00 | $0.00 | $608.00 |
| 26898 | 08/27/2012 | 0002 | 97014 | INTERFERENTIAL THERAF | $30.00 | $0.00 | $638.00 |

| | First Billed | Last Billed | Times Billed | | | |
|---|---|---|---|---|---|---|
| Primary: | 09/08/2012 | 09/08/2012 | 1 | | | |

| Billing Total: | | | | $638.00 | $0.00 | $638.00 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26900 | 08/28/2012 | 0002 | 98941 | SPINAL ADJUSTMENT/3-4 | $50.00 | $0.00 | $50.00 |
| 26900 | 08/28/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | $25.00 | $0.00 | $75.00 |
| 26900 | 08/28/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | $25.00 | $0.00 | $100.00 |
| 26900 | 08/28/2012 | 0002 | 97014 | INTERFERENTIAL THERAF | $30.00 | $0.00 | $130.00 |
| 26900 | 08/28/2012 | 0002 | E0190 | CERVICAL PILLOW - MCP | $75.00 | $0.00 | $205.00 |

| | First Billed | Last Billed | Times Billed | | | |
|---|---|---|---|---|---|---|
| Primary: | 09/08/2012 | 09/08/2012 | 1 | | | |

| Billing Total: | | | | $205.00 | $0.00 | $205.00 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26904 | 08/29/2012 | 0002 | 98941 | SPINAL ADJUSTMENT/3-4 | $50.00 | $0.00 | $50.00 |
| 26904 | 08/29/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | $25.00 | $0.00 | $75.00 |
| 26904 | 08/29/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | $25.00 | $0.00 | $100.00 |
| 26904 | 08/29/2012 | 0002 | 97014 | INTERFERENTIAL THERAF | $30.00 | $0.00 | $130.00 |

| | First Billed | Last Billed | Times Billed | | | |
|---|---|---|---|---|---|---|
| Primary: | 09/08/2012 | 09/08/2012 | 1 | | | |

| Billing Total: | | | | $130.00 | $0.00 | $130.00 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26915 | 08/30/2012 | 0002 | 98941 | SPINAL ADJUSTMENT/3-4 | $50.00 | $0.00 | $50.00 |
| 26915 | 08/30/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | $25.00 | $0.00 | $75.00 |
| 26915 | 08/30/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | $25.00 | $0.00 | $100.00 |
| 26915 | 08/30/2012 | 0002 | 97014 | INTERFERENTIAL THERAF | $30.00 | $0.00 | $130.00 |

# Patient Ledger

## SOUTH LINCOLN CHIROPRACTIC

## SOUTH LINCOLN CHIROPRACTIC

**TROY JONES (2369)**
Responsible: Self   Home: (402) 416-0011
Primary: FARM BUREAU (FARMB0001)   ID: 9000183596

| | | | First Billed | Last Billed | Times Billed | | | |
|---|---|---|---|---|---|---|---|---|
| | Primary: | | 09/08/2012 | 09/08/2012 | 1 | | | |
| **Billing Total:** | | | | | | $130.00 | $0.00 | $130.00 |
| 26919 | 08/31/2012 | 0002 | 98941 | SPINAL ADJUSTMENT/3-4 | | $50.00 | $0.00 | $50.00 |
| 26919 | 08/31/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | | $25.00 | $0.00 | $75.00 |
| 26919 | 08/31/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | | $25.00 | $0.00 | $100.00 |
| 26919 | 08/31/2012 | 0002 | 97014 | INTERFERENTIAL THERAP | | $30.00 | $0.00 | $130.00 |
| | | | First Billed | Last Billed | Times Billed | | | |
| | Primary: | | 09/08/2012 | 09/08/2012 | 1 | | | |
| **Billing Total:** | | | | | | $130.00 | $0.00 | $130.00 |
| 26926 | 09/01/2012 | 0002 | 98941 | SPINAL ADJUSTMENT/3-4 | | $50.00 | $0.00 | $50.00 |
| 26926 | 09/01/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | | $25.00 | $0.00 | $75.00 |
| 26926 | 09/01/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | | $25.00 | $0.00 | $100.00 |
| 26926 | 09/01/2012 | 0002 | 97014 | INTERFERENTIAL THERAP | | $30.00 | $0.00 | $130.00 |
| | | | First Billed | Last Billed | Times Billed | | | |
| | Primary: | | 09/08/2012 | 09/08/2012 | 1 | | | |
| **Billing Total:** | | | | | | $130.00 | $0.00 | $130.00 |
| 26935 | 09/04/2012 | 0002 | 98941 | SPINAL ADJUSTMENT/3-4 | | $50.00 | $0.00 | $50.00 |
| 26935 | 09/04/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | | $25.00 | $0.00 | $75.00 |
| 26935 | 09/04/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | | $25.00 | $0.00 | $100.00 |
| 26935 | 09/04/2012 | 0002 | 97014 | INTERFERENTIAL THERAP | | $30.00 | $0.00 | $130.00 |
| | | | First Billed | Last Billed | Times Billed | | | |
| | Primary: | | 09/08/2012 | 09/08/2012 | 1 | | | |
| **Billing Total:** | | | | | | $130.00 | $0.00 | $130.00 |
| 26945 | 09/05/2012 | 0002 | 98941 | SPINAL ADJUSTMENT/3-4 | | $50.00 | $0.00 | $50.00 |
| 26945 | 09/05/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | | $25.00 | $0.00 | $75.00 |
| 26945 | 09/05/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | | $25.00 | $0.00 | $100.00 |
| 26945 | 09/05/2012 | 0002 | 97014 | INTERFERENTIAL THERAP | | $30.00 | $0.00 | $130.00 |

# Patient Ledger

## SOUTH LINCOLN CHIROPRACTIC

## SOUTH LINCOLN CHIROPRACTIC

**TROY JONES (2369)**
Responsible: Self   Home: (402) 416-0011
Primary: FARM BUREAU (FARMB0001)   ID: 9000183596

| | Primary: | | First Billed 09/08/2012 | Last Billed 09/08/2012 | Times Billed 1 | | | |
|---|---|---|---|---|---|---|---|---|
| **Billing Total:** | | | | | | $130.00 | $0.00 | $130.00 |
| 26953 | 09/06/2012 | 0002 | 98941 | SPINAL ADJUSTMENT/3-4 | | $50.00 | $0.00 | $50.00 |
| 26953 | 09/06/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | | $25.00 | $0.00 | $75.00 |
| 26953 | 09/06/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | | $25.00 | $0.00 | $100.00 |
| 26953 | 09/06/2012 | 0002 | 97014 | INTERFERENTIAL THERAP | | $30.00 | $0.00 | $130.00 |
| | Primary: | | First Billed 09/08/2012 | Last Billed 09/08/2012 | Times Billed 1 | | | |
| **Billing Total:** | | | | | | $130.00 | $0.00 | $130.00 |
| 27012 | 09/10/2012 | 0002 | 98941 | SPINAL ADJUSTMENT/3-4 | | $50.00 | $0.00 | $50.00 |
| 27012 | 09/10/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | | $25.00 | $0.00 | $75.00 |
| 27012 | 09/10/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | | $25.00 | $0.00 | $100.00 |
| 27012 | 09/10/2012 | 0002 | 97014 | INTERFERENTIAL THERAP | | $30.00 | $0.00 | $130.00 |
| **Billing Total:** | | | | | | $130.00 | $0.00 | $130.00 |
| 27023 | 09/12/2012 | 0002 | 98941 | SPINAL ADJUSTMENT/3-4 | | $50.00 | $0.00 | $50.00 |
| 27023 | 09/12/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | | $25.00 | $0.00 | $75.00 |
| 27023 | 09/12/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | | $25.00 | $0.00 | $100.00 |
| 27023 | 09/12/2012 | 0002 | 97014 | INTERFERENTIAL THERAP | | $30.00 | $0.00 | $130.00 |
| **Billing Total:** | | | | | | $130.00 | $0.00 | $130.00 |
| 27029 | 09/14/2012 | 0002 | 98941 | SPINAL ADJUSTMENT/3-4 | | $50.00 | $0.00 | $50.00 |
| 27029 | 09/14/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | | $25.00 | $0.00 | $75.00 |
| 27029 | 09/14/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | | $25.00 | $0.00 | $100.00 |
| 27029 | 09/14/2012 | 0002 | 97014 | INTERFERENTIAL THERAP | | $30.00 | $0.00 | $130.00 |
| **Billing Total:** | | | | | | $130.00 | $0.00 | $130.00 |
| 27040 | 09/17/2012 | 0002 | 98941 | SPINAL ADJUSTMENT/3-4 | | $50.00 | $0.00 | $50.00 |
| 27040 | 09/17/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | | $25.00 | $0.00 | $75.00 |
| 27040 | 09/17/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | | $25.00 | $0.00 | $100.00 |
| 27040 | 09/17/2012 | 0002 | 97014 | INTERFERENTIAL THERAP | | $30.00 | $0.00 | $130.00 |
| **Billing Total:** | | | | | | $130.00 | $0.00 | $130.00 |
| 27049 | 09/19/2012 | 0002 | 98941 | SPINAL ADJUSTMENT/3-4 | | $50.00 | $0.00 | $50.00 |
| 27049 | 09/19/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | | $25.00 | $0.00 | $75.00 |
| 27049 | 09/19/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | | $25.00 | $0.00 | $100.00 |

# Patient Ledger

## SOUTH LINCOLN CHIROPRACTIC

## SOUTH LINCOLN CHIROPRACTIC

**TROY JONES (2369)**
Responsible: Self   Home: (402) 416-0011
Primary: FARM BUREAU (FARMB0001)   ID: 9000183596

| 27049 | 09/19/2012 | 0002 | 97014 | INTERFERENTIAL THERAF | $30.00 | $0.00 | $130.00 |
|-------|------------|------|-------|-----------------------|--------|-------|---------|
| **Billing Total:** | | | | | **$130.00** | **$0.00** | **$130.00** |
| | | | | | | | |
| 27067 | 09/24/2012 | 0002 | 98941 | SPINAL ADJUSTMENT/3-4 | $50.00 | $0.00 | $50.00 |
| 27067 | 09/24/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | $25.00 | $0.00 | $75.00 |
| 27067 | 09/24/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | $25.00 | $0.00 | $100.00 |
| 27067 | 09/24/2012 | 0002 | 97014 | INTERFERENTIAL THERAF | $30.00 | $0.00 | $130.00 |
| **Billing Total:** | | | | | **$130.00** | **$0.00** | **$130.00** |
| | | | | | | | |
| 27076 | 09/26/2012 | 0002 | 98941 | SPINAL ADJUSTMENT/3-4 | $50.00 | $0.00 | $50.00 |
| 27076 | 09/26/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | $25.00 | $0.00 | $75.00 |
| 27076 | 09/26/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | $25.00 | $0.00 | $100.00 |
| 27076 | 09/26/2012 | 0002 | 97014 | INTERFERENTIAL THERAF | $30.00 | $0.00 | $130.00 |
| **Billing Total:** | | | | | **$130.00** | **$0.00** | **$130.00** |
| | | | | | | | |
| 27081 | 09/27/2012 | 0002 | 98941 | SPINAL ADJUSTMENT/3-4 | $50.00 | $0.00 | $50.00 |
| 27081 | 09/27/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | $25.00 | $0.00 | $75.00 |
| 27081 | 09/27/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | $25.00 | $0.00 | $100.00 |
| 27081 | 09/27/2012 | 0002 | 97014 | INTERFERENTIAL THERAF | $30.00 | $0.00 | $130.00 |
| **Billing Total:** | | | | | **$130.00** | **$0.00** | **$130.00** |
| | | | | | | | |
| 27097 | 10/01/2012 | 0002 | 98941 | SPINAL ADJUSTMENT/3-4 | $50.00 | $0.00 | $50.00 |
| 27097 | 10/01/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | $25.00 | $0.00 | $75.00 |
| 27097 | 10/01/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | $25.00 | $0.00 | $100.00 |
| 27097 | 10/01/2012 | 0002 | 97014 | INTERFERENTIAL THERAF | $30.00 | $0.00 | $130.00 |
| **Billing Total:** | | | | | **$130.00** | **$0.00** | **$130.00** |
| | | | | | | | |
| 27103 | 10/03/2012 | 0002 | 72050 | CERVICAL X-RAYS/4 VIEW | $132.00 | $0.00 | $132.00 |
| 27103 | 10/03/2012 | 0002 | 72100 | AP/LAT LUMBAR X-RAYS | $92.00 | $0.00 | $224.00 |
| 27103 | 10/03/2012 | 0002 | 99213 | ESTABLISHED RE-EXAMIN | $50.00 | $0.00 | $274.00 |
| 27103 | 10/03/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | $25.00 | $0.00 | $299.00 |
| **Billing Total:** | | | | | **$299.00** | **$0.00** | **$299.00** |
| | | | | | | | |
| 27183 | 10/08/2012 | 0002 | 98940 | SPINAL ADJUSTMENT/1-2 | $45.00 | $0.00 | $45.00 |
| 27183 | 10/08/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | $25.00 | $0.00 | $70.00 |
| 27183 | 10/08/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | $25.00 | $0.00 | $95.00 |
| **Billing Total:** | | | | | **$95.00** | **$0.00** | **$95.00** |
| | | | | | | | |
| 27192 | 10/10/2012 | 0002 | 98940 | SPINAL ADJUSTMENT/1-2 | $45.00 | $0.00 | $45.00 |
| 27192 | 10/10/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | $25.00 | $0.00 | $70.00 |
| 27192 | 10/10/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | $25.00 | $0.00 | $95.00 |

# Patient Ledger

## SOUTH LINCOLN CHIROPRACTIC

## SOUTH LINCOLN CHIROPRACTIC

**TROY JONES (2369)**
Responsible: Self   Home: (402) 416-0011
Primary: FARM BUREAU (FARMB0001)   ID: 9000183596

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Billing Total:** | | | | | **$95.00** | **$0.00** | **$95.00** |
| 27209 | 10/17/2012 | 0002 | 98940 | SPINAL ADJUSTMENT/1-2 | $45.00 | $0.00 | $45.00 |
| 27209 | 10/17/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | $25.00 | $0.00 | $70.00 |
| 27209 | 10/17/2012 | 0002 | 97012 | CERVICAL/MECHANICAL T | $25.00 | $0.00 | $95.00 |
| **Billing Total:** | | | | | **$95.00** | **$0.00** | **$95.00** |
| 27220 | 10/22/2012 | 0002 | 99241 | CONSULT 1 | $65.00 | $0.00 | $65.00 |
| 27220 | 10/22/2012 | 0002 | 98940 | SPINAL ADJUSTMENT/1-2 | $45.00 | $0.00 | $110.00 |
| 27220 | 10/22/2012 | 0002 | 97140 | TRIGGER POINT THERAPY | $25.00 | $0.00 | $135.00 |
| **Billing Total:** | | | | | **$135.00** | **$0.00** | **$135.00** |
| **Patient Total:** | | | | | **$3,642.00** | **$0.00** | **$3,642.00** |
| **Patient Unapplied Prepayment Total** | | | | | | | **$0.00** |

Provider Totals
   THOMAS G BAUER DC                    $3,642.00        $0.00        $3,642.00

| | | | |
|---|---|---|---|
| **Report Totals** | **$3,642.00** | **$0.00** | **$3,642.00** |
| **Report Prepayment Totals** | | | **$0.00** |



**SOUTH LINCOLN CHIROPRACTIC**

**THOMAS G. BAUER, D.C.**

3201 Pioneers Blvd., Suite 32

Lincoln, NE 68502

Telephone: (402) 484-8500

# SOUTH LINCOLN CHIROPRACTIC

## DR. THOMAS G. BAUER

### OFFICE CODES ON TREATMENT CARD

1.  A= CERVICAL SEGMENTS 1-7
2.  B= THORACIC SEGMENTS 1-12
3.  C= LUMBAR SEGMENTS 1-5
4.  D= HIP - LEFT OR RIGHT OR SACRUM
5.  E= TTP- DOCTOR TREATED MASSAGE THERAPY
6.  F= TSX- INTERSEGMENTAL THERAPY
7.  G= TIF- INTERFERENTIAL THERAPY
8.  G= TDT- DIATHERMY

XFS= XRAY FULL SPINE

XI0= CERVICAL XRAYS

XF2= 14X17 XRAYS

NEX= NEUROLOGICAL EXAMINATION

MCC= CERVICAL COLLAR SUPPORT

MCP= CERVICAL PILLOW SUPPORT

MICE= ICE PACKS ( HOT OR COLD)

MBF= BIOFREEZE

**Name** JONES, TROY     **Date** 8-27-12     **Home Phone** 402-416-0011

**Address** _____     **Work Phone** _____

**Birth Date** _____ **Age** _____ **Sex** _____ **Marital Status** _____ **Occupation** _____ **Referred** _____

**MAJOR COMPLAINT & SYMPTOMS** _____

**TYPE CASE** A

AUG 27 2009

| X-RAY COMMENT | | Seg. Occ. | | | | | Seg. Occ. |
|---|---|---|---|---|---|---|---|
| | | C1 | | P | | | C1 |
| | | 2 | | C | | | 2 |
| | | 3 | A | P | | | 3 |
| | | 4 | K | P | | | 4 |
| | | 5 | P | P | | | 5 |
| | | 6 | C | P | | | 6 |
| **DIAGNOSIS** | | 7 | | | | | 7 |
| | | D1 | P | N | | | D1 |
| | | 2 | C | P | | | 2 |
| | | 3 | | C | | | 3 |
| **EXERCISE** | **DISABILITY - TOTAL** | 4 | | P | | | 4 |
| | From     Thru | 5 | | C | | | 5 |
| | | 6 | | P | | | 6 |
| | | 7 | | C | | | 7 |
| | | 8 | | R | | | 8 |
| | **DISABILITY - PARTIAL** | 9 | | | | | 9 |
| | From     Thru | 10 | | V | | | 10 |
| | | 11 | | | | | 11 |
| | | 12 | | | | | 12 |
| | | L1 | | | | | L1 |
| **DIET** ☐ | **SUPPORT** ☐ | 2 | | | | | 2 |
| **VITAMINS** ☐ | **C. PILLOW** ☐ | 3 | | | | | 3 |
| **EXERCISE** ☐ | **C. COLLAR** ☐ | 4 | | | | | 4 |
| **HEEL LIFTS** ☐ | **RELAXOBACK** ☐ | 5 | Post | | | | 5 |
| **PT. LECT.** | **SUPPLEMENT DATE** | Sac | | | | | Sac |
| **Mini Comm.** | | RII | | | | | RII |
| **Pt. Call** | | LII | | | | | LII |
| **Recommendations:** | | Coc | | | | | Coc |
| | | Short Leg | | | | | Short Leg |

| Visits | L | R | L | R | L | R | L | R | L | R |
|---|---|---|---|---|---|---|---|---|---|---|
| CERVICAL ROTATION | | | | | | | | | | |
| CERVICAL FLEXION & EXT | | | | | | | | | | |
| CERVICAL LAT FLEX | | | | | | | | | | |
| FORAMINA COMPRESSION | | | | | | | | | | |
| SHOULDER DEPRESSOR | | | | | | | | | | |
| DYNAMOMETER | | | | | | | | | | |
| WARTENBERG PINWHEEL | | | | | | | | | | |
| REFLEX: C5 / C6 / C7 / L4 / S1 | | | | | | | | | | |
| FABERE PATRICK | | | | | | | | | | |
| MINOR SIGN | | | | | | | | | | |
| BILATERAL LEG RAISE | | | | | | | | | | |
| LEG DROP TEST | | | | | | | | | | |
| LASEGUE'S | | | | | | | | | | |
| BRAGGARD'S | | | | | | | | | | |
| GOLDWAITH | | | | | | | | | | |
| SOTO-HALL | | | | | | | | | | |
| ELY'S SIGN | | | | | | | | | | |
| ROMBERG'S | | | | | | | | | | |
| BODY FLEXION | | | | | | | | | | |
| BODY EXTENSION | | | | | | | | | | |
| BODY LAT FLEXION | | | | | | | | | | |
| KEMP TEST | | | | | | | | | | |
| TRENDELENBERG'S TEST | | | | | | | | | | |

| S.M NAME | JONES, TROY | 402-416-0011 | | ACCOUNT 2369 |
|---|---|---|---|---|

| DATE | A | B | C | D | E | F | G | |
|---|---|---|---|---|---|---|---|---|
| AUG 27 2012 | 27) | | 5 | | TP | TX | EE | NECK PAIN    LOW BACK PAIN |
| | | | | | | | | Pt issued Biofreeze and 2 Ice Packs |
| | | | | | | | | SEE: NEXT REPORT    for muscle pain. |
| | | | | | MSTEP | | | SEE: X-RAY REPORT |
| | | | | | MEE | | | Pt entered my office with a pain level of 7 |
| | | | | | | | | C2 thru C7 + L5 patented tight extended |
| | | | | | | | | Rom was ↓ in the cervical and lumbar |
| | | | | | | | | regions of the spine. Pt adjusted hard |
| | | | | | | | | but well. Pt had thera. for his tight pain |
| | | | | | | | | tender musculature. Pt will be seen |
| | | | | | | | | again on 8-28-12. |
| AUG 28 2012 | -7) | | 5 | | TP TX | EE | | Pt entered my office with a pain level of 7+. |
| | | | | | MCP | | | Pt was issued a cervical pillow/support |
| | | | | | | | | for his neck area. This is to help enhance |
| | | | | | | | | his cervical curvature. Pt was very sore |
| | | | | | | | | today. Pt had same symptoms and treatment MCP |
| | | | | | | | | as on 8-27-12. Pt will be seen again |
| | | | | | | | | on 8-29-12. |
| AUG 29 2012 | -7) | | 5 | | TP TX | EE | | Pt entered my office with a pain level of 7 |
| | | | | | | | | Pt had the same symptoms and treatment |
| | | | | | | | | as on 8-28-12. Pt will be seen |
| | | | | | | | | again on 8-30-12. |
| AUG 30 2012 | -7) | | 5 | | TP TX | EE | | Pt entered my office with a pain level 6-7 |
| | | | | | | | | Pt still very tender in his spine. Pt had ↑↓ |
| | | | | | | | | and had this sleeping as of yet. C2+C6+C7 |
| | | | | | | | | and L4 and L5 pain posted. Felt and tender. |
| | | | | | | | | Pt adjusted hard but well. Pt had thera |
| | | | | | | | | for his tight and tender musculature. |
| | | | | | | | | Pt will be seen again on 8-31-12. |
| AUG 31 2012 | -7) | | 5 | | TP TX | EE | | Pt entered my office with a pain level 6 |
| | | | | | | | | Pt had same symptoms and treatment |
| | | | | | | | | as on 8-30-12. Pt will be seen |
| | | | | | | | | again on 9-1-12. |
| SEP 01 2012 | -7) | | 5 | | TP TX | EE | | Pt entered my office with a pain level 6 |
| | | | | | | | | upper there muscles patented tight |
| | | | | | | | | bilaterally. Rom was ↓ in the |
| | | | | | | | | cervical and lumbar regions. |
| | | | | | | | | C2+C7 L4+L5 posted. Felt today. |
| | | | | | | | | Pt adjusted well. Pt had thera |
| | | | | | | | | for his tight and tender musculature. |
| | | | | | | | | Pt slept a little better last P.M. Pt |
| | | | | | | | | will be seen again on 9-2-12. |

| MO. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEB. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAR. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APR. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUG. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOV. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DEC. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**CASES REFERRED BY THIS PATIENT:**
(Names & Dates)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____

page2     JONES, TROY 402-416-0011     ACCOUNT 2369

| NAME | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | A | B | C | D | E | F | G | |

SEP 04 2012 — *[handwritten clinical notes, largely illegible]* Pt entered my office with a low level ... Pt had pain in his cervical and low back region. C6 C7 T1 & L5 ... right and tender. ROM ... Pt adjusted ... Pt will be seen again on 9-5-12

SEP 05 2012 — Pt entered my office with a low level ... Pt had the same symptoms ... as on 9-4-12. Pt will be seen again on 9-6-12

SEP 06 2012 — Pt entered my office with a low level ... Pt is frustrated ... his ... Pt is stressed. ROM of the cervical and lumbar regions are ... C6 C7 T1 & L5 ... tight and tender today. Pt not sleeping well at night w/ pain and w/ stress. Pt adjusted well. Pt had tight & tender musculature. Pt will be seen again on 9-10-12

SEP 10 2012 — Pt entered my office with a low level ... Pt had same symptoms ... on 9-6-12. Pt will be seen again on 9-11-12

SEP 11 2012 — Pt entered my office with a low level ... Pt had ... L5 pain & tight. ROM was ... in the L5 ... slightly in the cervical area. C6 C7 T1 & L5 ... tight and tender today. Pt adjusted well ... Pt had therapy for his tight musculature. Pt will be seen again on 9-12-12

SEP 13 2012 — Pt entered my office with a low level ... Pt had tight ... upon ... his interaction. L5 & C6 ... tight today. Pt had therapy for his tight musculature. Pt will be seen again on 9-17-12

SEP 17 2012 — Pt entered my office with a low level ... Pt had the same symptoms as on 9-13-12 ...

| NO. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEB. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAR. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APR. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUN. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUL. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUG. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOV. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DEC. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CASES REFERRED BY THIS PATIENT:
(Names & Dates)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____

| NAME | PAGE 3 | JONES, TROY | 402-416-0011 | ACCOUNT 2369 |
| --- | --- | --- | --- | --- |

| DATE | A | B | C | D | E | F | G | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| SEP 17 2012 | | | | | | | | *(illegible handwritten notes)* |
| SEP 19 2012 | | | | | | | | *(illegible handwritten notes)* |
| SEP 24 2012 | | | | | | | | *(illegible handwritten notes)* |
| SEP 26 2012 | | | | | | | | *(illegible handwritten notes)* |
| SEP 27 2012 | | | | | | | | *(illegible handwritten notes)* |
| OCT 01 2012 | | | | | | | | *(illegible handwritten notes)* |
| OCT 03 2012 | | | | | | | | *(illegible handwritten notes)* |
| OCT 08 2012 | | | | | | | | *(illegible handwritten notes)* |

CASES REFERRED BY THIS PATIENT:
(Names & Dates)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____

4:12-cv-03234-JMG-PRSE   Doc # 1   Filed: 11/27/12   Page 33 of 34 - Page ID # 33

| PAGE4 | JONES, TROY | | | | 402-416-0011 | | ACCOUNT 2369 |
|---|---|---|---|---|---|---|---|

**NAME**

| DATE | A | B | C | D | E | F | G | |
|---|---|---|---|---|---|---|---|---|
| OCT 10 2012 | | | | | TP | TX | - | Pt. entered my office with a complaint... (illegible handwritten notes) |
| OCT 17 2012 | | | | | TP | TX | - | Pt. entered my office with a complaint... (illegible handwritten notes) |
| OCT 22 2012 | | | | | TP | - | - | Pt. entered my office with a complaint... (illegible handwritten notes) |

CASES REFERRED BY THIS PATIENT:
*(Names & Dates)*

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____

EX 004

Providing Insurance and Financial Services
Home Office, Bloomington, IL

 StateFarm™

September 26, 2012

Troy Jones                                    **State Farm Claims**
4820 Sherman St                               PO Box 52273
Lincoln NE 68506-3960                         Phoenix AZ 85072-2273


RE:    Claim Number:    27-18X4-844
       Date of Loss:    August 23, 2012
       Our Insured:     John E Hesser
       Claimant Name:   Troy Jones

Dear Mr. Jones:

We have been unable to contact you concerning your auto claim.  Please contact us as soon as possible.

We can normally be reached between 8:00am to 4:30pm Monday through Friday.  All times are Central Standard Time.

Thank you for your cooperation.  We look forward to hearing from you.

Sincerely,

Laura Tague

Laura Tague
Claim Representative
(800) 889-7144 Ext. 5975557
Fax:   (800) 423-0474

State Farm Mutual Automobile Insurance Company

Enclosure:    none