IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TROY L. JONES, | ) | 4:12CV3234 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MARY L. HESSER, LAURA TAGUE, State Farm Claims Representative, and STATE FARM, | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons set forth in the Memorandum and Order entered on this date, this matter is dismissed without prejudice.

DATED this 23rd day of January, 2013.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge